FILED: November 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1897
(A204-448-760)

JAIME DANIEL NAVARRO CERRITOS

Petitioner

v.

TODD BLANCHE, Attorney General

Respondent

------------------------------

NATIONAL IMMIGRATION LITIGATION ALLIANCE

Amicus Supporting Petitioner

# O R D E R

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

For the Court

/s/ Nwamaka Anowi, Clerk